**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DC COMICS, a New York general partnership, | |
| Plaintiff, | Case No. 26-cv-06072 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
CERTAIN DOCUMENTS UNDER SEAL**

Plaintiff DC Comics ("Plaintiff") requests leave to file the following under seal: (1) Schedule A to the Complaint, which lists the Defendants by their Seller Aliases; and (2) Exhibit 2 to the Declaration of Robert Johns, which includes screenshots showing the active e-commerce stores operating under the Seller Aliases.

In this action, Plaintiff is requesting *ex parte* relief based on an action for trademark infringement and counterfeiting, and false designation of origin. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, thus frustrating the purpose of the underlying litigation and this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Dated this 22nd day of May 2026.      Respectfully submitted,


<u>/s/ Martin F. Trainor</u>
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiff DC Comics*

2