**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DC COMICS, a New York general partnership,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 26-cv-06072 |

**<u>NOTICE OF CLAIMS INVOLVING TRADEMARKS</u>**

Pursuant to 15 U.S.C. §1116(c), Plaintiff DC Comics ("Plaintiff"), by and through its counsel, hereby provides notice of claims involving trademarks. The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1.  Names and Addresses of Litigants:

    DC Comics
    4000 Warner Blvd
    Burbank, California 91522

    The Partnerships and Unincorporated Associations Identified on Schedule "A"
    Addresses Unknown

2.  U.S. Registrations upon which suit has been brought:

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 2,226,436 | MAN OF STEEL | Feb. 23, 1999 | For: toys, namely, toy vehicles in Class 028. |
| 4,411,861 | MAN OF STEEL | Oct. 1, 2013 | For: action figures and accessories therefor; playsets for action figures; toy vehicles in Class 028. |

1

| | | | |
|---|---|---|---|
| 4,419,423 | MAN OF STEEL | Oct. 15, 2013 | For: digital versatile discs featuring music, comedy, drama, action, adventure, and/or animation; mouse pads; downloadable electronic publications in the nature of books in the field of characters from animated, action adventure, comedy and/or drama features; cellular telephone covers and cellular telephone face covers; and decorative magnets in Class 009. |
| 4,419,425 | MAN OF STEEL | Oct. 15, 2013 | For: printed matter and paper goods, namely, books featuring characters from animated, action adventure, comedy and/or drama features, comic books, graphic novels, children's books, greeting cards, posters; bookmarks in Class 016. |
| 4,522,572 | MAN OF STEEL | Apr. 29, 2014 | For: clothing for men, women and children, namely, t-shirts, sweatshirts, tank tops, hats, caps, and masquerade and halloween costumes and masks sold in connection therewith in Class 025. |
| 1,433,864 | THE MAN OF STEEL | Mar. 24, 1987 | For: comic magazines in Class 016. |
| 1,182,041 | | Dec. 15, 1981 | For: Books Concerning Memorabilia Relating to Fictional Characters, Children's Books, Coloring Books, Puzzle Books, Nonfiction Books Regarding the Production of Motion Pictures and Television Programs, Greeting Cards, Notepads and Posters in Class 016. |

| 1,182,172 | | Dec. 15, 1981 | For: Bowls, Mugs, and Glasses in Class 021. |
| --- | --- | --- | --- |
| 1,184,881 | | Jan. 5, 1982 | For: Adults' and Childrens' Clothing-Namely, T-Shirts, Shirts, Swimwear, Shorts, Hats, Bibbs, Aprons, Ties, Rainwear, Jackets, Footwear, Sweaters, and Loungewear in Class 025. |
| 1,189,376 | | Feb. 9, 1982 | For: Towels, Sheets, Pillow Cases in Class 024. |
| 1,197,814 | | Jun. 15, 1982 | For: Earrings and Stick Pins, Made of Precious Metals and Pendents and Tie Tacks in Class 014. |
| 1,199,552 | | Jun. 29, 1982 | For: Wallets and Umbrellas in Class 018. |
| 1,199,630 | | Jun. 29, 1982 | For: Sleepwear for Children in Class 025. |

| Registration | Mark | Date | Goods/Services |
|---|---|---|---|
| 1,199,690 | | Jun. 29, 1982 | For: Yo-Yos, Balls, and Equipment Sold as a Unit for Playing Board Games in Class 028. |
| 2,211,378 | | Dec. 15, 1998 | For: toys and sporting goods, including action figures and accessories therefor; plush toys; balloons; toy vehicles; dolls; and action type target game in Class 028. |
| 2,226,415 | | Feb. 23, 1999 | For: motion picture, video and television films featuring animated and non-animated action, adventure and drama; prerecorded discs featuring animated and non-animated action, adventure, drama, and/or music in Class 009. |
| 4,656,403 | | Dec. 16, 2014 | For: Belt Buckles in Class 026. |
| 5,920,891 | | Nov. 26, 2019 | For: Backpacks in Class 018. |
| 1,140,418 | | Oct. 14, 1980 | For: Hats in Class 025. |

4

| | | | |
|---|---|---|---|
| 1,173,150 | | Oct. 13, 1981 | For: Comic Magazines and Sections of Comic Magazines in Class 016. |
| 394,923 | | May 5, 1942 | For: Magazine Publication in Class 016. |
| 1,221,719 | SUPERBOY | Dec. 28, 1982 | For: Comic Magazines in Class 016. |
| 648,647 | SUPERMAN | Jul. 16, 1957 | For: boys' clothing-namely, playsuits, t-shirts, swimsuits, and caps in Class 025. |
| 1,070,290 | SUPERMAN | Jul. 26, 1977 | For: toy doll figures in Class 028. |
| 1,180,068 | SUPERMAN | Dec. 1, 1981 | For: Jewelry-Namely, Pendants, and Watches and Clocks in Class 014.<br><br>For: Earrings Not Composed of Precious Metal in Class 026. |
| 1,182,947 | SUPERMAN | Dec. 22, 1981 | For: All Purpose Sport Bags, Tote Bags, Handbags in Class 018. |
| 1,183,841 | SUPERMAN | Dec. 29, 1981 | For: Towels, Sheets, Pillow Cases, Blankets, Comforters in Class 024. |
| 1,184,822 | SUPERMAN | Jan. 5, 1982 | For: Lunchboxes in Class 021. |
| 1,186,803 | SUPERMAN | Jan. 19, 1982 | For: Toothbrushes, Plastic Bowls, Plastic Mugs, Plastic Glasses in Class 021. |
| 1,189,393 | SUPERMAN | Feb. 9, 1982 | For: Adults' and Childrens' Clothing-Namely, Socks, Pajamas, Rainwear, Night Shirts, T-Shirts, Shorts, Loungewear, Underwear, and Costumes in Class 025. |

| | | | |
|---|---|---|---|
| 1,209,668 | SUPERMAN | Sep. 21, 1982 | For: Children's Books, Coloring Books, Puzzle Books, Nonfiction Books Regarding the Production of Motion Pictures and Television Programs, Greeting Cards, Notepads and Posters, Paper Napkins, Paper Tablecloths, Calendars, Cardboard Center Pieces in Class 016. |
| 1,221,718 | SUPERMAN | Dec. 28, 1982 | For: Comic Magazines in Class 016. |
| 3,615,518 | SUPERMAN | May 5, 2009 | For: Sugar Confectionery, Namely, Candy in Class 030. |
| 1,182,226 | | Dec. 15, 1981 | For: Adults' and Childrens' Clothing-, namely, Socks, Pajamas, Rainwear, T-Shirts, Loungewear, and Underwear in Class 025. |
| 1,183,809 | | Dec. 29, 1981 | For: Mugs, Glasses, Toothbrushes in Class 021. |
| 1,185,853 | | Jan. 12, 1982 | For: Towels, Pillow Cases, Blankets, Comforters in Class 024. |
| 1,189,355 | | Feb. 9, 1982 | For: Lunchboxes in Class 021. |

6

| | | | |
|---|---|---|---|
| 1,200,394 | | Jul. 6, 1982 | For: Books Concerning Memorabilia Relating to Fictional Characters, Children's Books, Coloring Books, Puzzle Books, Greeting Cards, Notepads and Posters, Paper Napkins, Paper Tablecloths, Calendars, Cardboard Center Pieces in Class 016. |
| 1,209,863 | | Sep. 21, 1982 | For: Puppets, Puzzles, Dolls, Model Building Sets Consisting of Toy Character Figures, Toy Vehicles, Kites, Balloons, Child's Play/Disguise Set Consisting of Cape and Costume, Flying Discs, and Equipment Sold as a Unit for Playing Boardgames and Parlor Games in Class 028. |
| 1,220,896 | | Dec. 21, 1982 | For: All Purpose Gym Bags, Tote Bags and Handbags in Class 018. |
| 2,226,026 | | Feb. 23, 1999 | For: comic books in Class 016. |
| 1,108,577 | | Dec. 12, 1978 | For: comic magazines in Class 016. |
| 371,803 | | Oct. 10, 1939 | For: cartoon strip in Class 016. |

7

| | | | |
|---|---|---|---|
| 391,821 | | Nov. 25, 1941 | For: Magazine Publication in Class 016. |
| 1,178,048 | | Nov. 17, 1981 | For: Books Concerning Memorabilia Relating to Fictional Characters, Children's Books, Coloring Books, Puzzle Books, Poster Books, Greeting Cards, Notepads and Posters, Paper Napkins, Paper Tablecloths, Calendars, Cardboard Center Pieces, Writing Slates in Class 016. |
| 1,180,292 | | Dec. 1, 1981 | For: Adults and Childrens Clothing-, namely, Shirts, T-Shirts in Class 025. |

| | | | |
|---|---|---|---|
| 1,201,149 | | Jul. 13, 1982 | For: Bowls, Mugs, Glasses, Cookie Jars, Toothbrushes in Class 021. |
| 1,200,387 | | Jul. 6, 1982 | For: Jewelry, Watches and Clocks in Class 014. |
| 1,209,743 | | Sep. 21, 1982 | For: Lunchboxes in Class 021. |
| 1,201,167 | | Jul. 13, 1982 | For: Towels, Sheets, Pillow Cases, Blankets, Comforters in Class 024. |

| | | | |
|---|---|---|---|
| 1,235,769 | | Apr. 26, 1983 | For: Toy Doll Figure in Class 028. |
| 1,229,321 | | Mar. 8, 1983 | For: Puzzles, Dolls, Model Building Sets, Kites, Balloons, Battery-Powered Toys, Flying Discs, Inflatable Toys, and Equipment Sold as a Unit for Playing Board Games and Parlor Games in Class 028. |
| 7,160,591 | SUPERMOBILE | Sep. 12, 2023 | For: toys, namely toy vehicles in Class 028. |
| 1,239,506 | KRYPTONITE | May 24, 1983 | For: Clothing-Namely, T-Shirts in Class 025. |
| 2,656,768 | KRYPTONITE | Dec. 3, 2002 | For: toys and sporting goods, including games and playthings -- namely action figures and accessories therefor in Class 028. |
| 1,168,306 | KRYPTO | Sep. 8, 1981 | For: Features of Comic Magazines in Class 016. |
| 3,061,112 | KRYPTO THE SUPERDOG | Feb. 21, 2006 | For: Toys and playthings--namely, action figures and accessories therefor; plush toys in Class 028. |
| 1,184,702 | LOIS LANE | Jan. 5, 1982 | For: Feature in a Comic Magazine in Class 016. |
| 2,781,372 | LOIS LANE | Nov. 11, 2003 | For: Toys --namely, action figures and accessories therefor; dolls in Class 028. |
| 2,765,711 | SMALLVILLE | Sep. 16, 2003 | For: Toys and sporting goods, including games and playthings -namely, action figures and accessories therefor; dolls in Class 028. |

10

| 2,768,213 | SMALLVILLE | Sep. 23, 2003 | For: Clothing for men, women and children, namely, t-shirts, sweatshirts in Class 025. |
|---|---|---|---|
| 2,809,352 | SMALLVILLE | Jan. 27, 2004 | For: Printed matter and paper goods - namely, books featuring characters from animated, action adventure, comedy and/or drama features, comic books, children's books, magazines featuring characters from animated, action adventure, comedy and/or drama features in Class 016. |
| 2,943,882 | SUPERGIRL | Apr. 26, 2005 | For: Clothing for men, women and children - namely, shirts, t-shirts, sweatshirts, jogging suits, trousers, pants, shorts, tank tops, skirts, dresses, hats, caps, sunvisors, belts, sleepwear, pajamas, lingerie, underwear, boots, shoes, booties, swimwear and masquerade and Halloween costumes and masks sold in connection therewith in Class 025. |
| 3,023,091 | SUPERGIRL | Dec. 6, 2005 | For: Athletic bags, backpacks, book bags, duffel bags, gym bags, tote bags, coin purses, knapsacks, umbrellas; wallets in Class 018. |
| 6,075,522 | SUPERGIRL | Jun. 9, 2020 | For: digital versatile discs featuring music, comedy, drama, action, adventure, and/or animation; mouse pads; blank USB flash drives; accessories for mobile phones, laptops, tablets, namely, protective sleeves, covers, cases, faceplates, fitted plastic films known as skins; decorative magnets; downloadable publications in the nature of books featuring characters from animated, action adventure, comedy and/or drama features, comic books, |

11

| | | | graphic novels, children's books in Class 009. |
|---|---|---|---|

Dated this 22nd day of May 2026.           Respectfully submitted,


/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiff DC Comics*