

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                        **312-435-5670**
**Clerk**

Date:                                              Case Number:

Case Title:                                        Judge:

### DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW

❑     Sealed or restricted document. (A court order is required to view a sealed or restricted document.)

❑     Too voluminous.

❑     Photographs

❑     Civil bond (A court order is required to view a financial document.)

❑     Criminal bond (A court order is required to view a financial document.)

❑     Miscellaneous (MC) case

❑     Other:

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's Office is open from 8:30 a.m. to 4:30p.m. Monday through Friday except for legal holidays. To obtain a copy call the Clerk's Office Copy Desk at  312-435-5699.

Thomas G. Bruton, Clerk

By: /s/
      Deputy Clerk

Rev. 11/29/2016