**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DC COMICS, a New York general partnership,<br><br>               Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>               Defendants. | Case No. 26-cv-06072<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Beth W. Jantz** |

## <u>DECLARATION OF VICTOR B. CHAHIN</u>

I, Victor B. Chahin, of the City of Chicago, in the State of Illinois, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiff DC Comics ("DC" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. On June 1, 2026 this Court entered a Temporary Restraining Order [18] ("TRO") permitting DC to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO, Order, and other relevant documents on a website and by sending an email to the email addresses identified in Exhibit 2 to the Declaration of Robert Johns and any email addresses provided for Defendants by third parties that includes a link to said website.

1

3. I hereby certify that on June 24, 2026, I electronically published the Complaint, Summons, Order, and other relevant documents on a website.

4. I hereby certify that on June 24, 2026, I sent an email to the email addresses identified in Exhibit A hereto that includes a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2026, in Chicago, Illinois.

/s/ *Victor B. Chahin*
Victor B. Chahin

2