# EXHIBIT A

| No. | Seller Alias | Email Addresses |
|---|---|---|
| 1 | orfunkcase-27 | orfunkcaseyyaskertzm@gmail.com |
| 2 | perfect-fit-t | perfect_fit_tshirts@yahoo.ca |
| 3 | prasabeyw0 | freemanbrian608@gmail.com |
| 4 | qiaowei7918 | qiaow88888@163.com |
| 5 | radtsuperstore | radtsuperstore@gmail.com |
| 6 | ravimu-36 | ebaydropshipping.acc3@gmail.com |
| 7 | ronenmaman | ebaynew1010@gmail.com |
| 8 | samendra-12 | samendratehana@gmail.com |
| 9 | sap-9709 | sapotra@hosted.my.id |
| 10 | spacebabyk_51 | spacebabykangkinkang@outlook.com |
| 11 | spin0z | elyasafebaystore@gmail.com |
| 12 | ten_ten_cart | mrmasteruk1@gmail.com |
| 13 | theh_2737 | theh2737ebay@gmail.com |
| 14 | tofv4112 | ouaal338@gmail.com |
| 15 | tssy2005 | tssy2005@gmail.com |
| 16 | um_8505 | xumayax@hosted.my.id |
| 17 | urbancottonco | hapithalemankure@gmail.com |
| 18 | velonicaenterprises | muhammadannasbabar@gmail.com |
| 19 | walimunimmen0 | walmuniwalka@gmail.com |
| 20 | wasawickram-0 | wasanthawickra5@yahoo.com |
| 21 | wen2021512 | wenwen202199@hotmail.com |
| 22 | wileve_77 | evelinwilkoff@gmail.com |
| 23 | yanghai0121 | yanghaibo0121@outlook.com |
| 24 | youfirst2017 | tisaiwenhua2005@126.com |
| 25 | yxsmyxgs | xiangyishangmaogs@outlook.com |
| 26 | zenithly | ronwbackup@gmail.com |
| 27 | zhangyu02 | scarlet.diazibg@hotmail.com |
| 28 | zheng-8291 | zhengqsh886@163.com |
| 29 | ACcosplay | support@accosplay.com |
| 30 | Ace Cosplay | info@acecosplay.com |
| 31 | Gym Heroics Apparel | gymheroics@gmail.com |
| 32 | Jaimeo Livar LLC | support@jaimeolivar.com |
| 33 | LittleBlockShop | help@littleblockshop.co.uk,support@littleblockshop.co.uk |
| 34 | Lukas & Hannah Clothing Company | customersupport@lukashannah.com,info@lukashannah.com |
| 35 | ReverLavie | contact.reverlavie@gmail.com,waldondambri@outlook.com |
| 36 | Royal Smoke & Clothing | Support@royalsmokeclothing.com |
| 37 | Tingtingg | chinhnx89@gmail.com,teesuboy@gmail.com,vanglvmmo@gmail.com |
| 38 | youngluxstore | youngluxstore@gmail.com |

| 39 | ATN toys | crawfordk025@outlook.com |
|---|---|---|
| 40 | Clreefty | ddob53@163.com |
| 41 | Diamond Art Gallery | clybornet58@outlook.com |
| 42 | fdxgjhnffdxsv | wmuxjws0037@hotmail.com |
| 43 | Hav11··3213 | evuwpqmucx719@hotmail.com |
| 44 | Rich-shop | etwt7741@outlook.com |
| 45 | XFC BBNHJN | LarueHaar7678@hotmail.com |
| 46 | zhuzhouhuatanshangmaodian | warmups_armies4q@icloud.com |
| 47 | ALIAI Aurae | Mohamed4625@163.com |
| 48 | Celadon Muse | Mohamed4625@163.com |
| 49 | Elegant Drape | 13599887678@163.com |
| 50 | GalaEternelleV | 15717142961@139.com |
| 51 | Gotham Decoration | 13599887678@163.com |
| 52 | JL Spring | 13599887678@163.com |
| 53 | JLL Clothing | 13599887678@163.com |
| 54 | League Couture | 13599887678@163.com |
| 55 | League Legend | 13599887678@163.com |
| 56 | Lydia QXH | Mohamed4625@163.com |
| 57 | Nago LWT | Mohamed4625@163.com |
| 58 | PJY Tshirt | Mohamed4625@163.com |
| 59 | SweetiePie Kids | 13599887678@163.com |
| 60 | TDC Rhapsody | 13599887678@163.com |
| 61 | WSS lucky | Mohamed4625@163.com |
| 62 | Happy 36 Pop | yzywem555@163.com |
| 63 | iFamilyCanvasUs | w2@haitiancheng.cn |
| 64 | JAI SREE RAM | arhamindustry@outlook.com |
| 65 | QUEST SHOP | vinodbansal3651@gmail.com |
| 66 | shuanglan fly | pvlara1211@outlook.com |
| 67 | SINGH ENTERPRISE | ankushsingh145271@gmail.com |
| 68 | Super Happy Store | wangzilewm@163.com |
| 69 | Three-member trade | zhongkeqingyun2022@163.com |
| 70 | xiuhua | menlouding@163.com |
| 71 | YANGRONG | zjfi71@163.com |
| 72 | Yisiyuan Jewelry Shop | gwwy8686@163.com |
| 73 | lusidu66 | lusidutta408@gmail.com |
| 74 | yuanminglewangluokeji | zhushenghu447@126.com |